**From:** Richard Moore
**Sent:** Wednesday, February 17, 2016 8:05 AM
**To:** David Bennett (dbennett@bwrco.com) <dbennett@bwrco.com>
**Subject:** FW: Encore documents
**Importance:** High

David,

I'm sorry these went into my spam account yesterday (assume because came from David's assistant).

**Richard Moore**
(915) 747-3883

**From:** Sarah Wilson [mailto:swil@scotthulse.com]
**Sent:** Tuesday, February 16, 2016 8:53 AM
**To:** Richard Moore
**Cc:** W. David Bernard
**Subject:** RE: Encore documents
**Importance:** High

Richard, attached are the Contribution Agreement and First Amendment.

Sarah Wilson
*Legal Assistant*
**Direct:** 915.546.8354 **Main:** 915.533.2493 **Fax:** 915.546.8333
swil@ScottHulse.com | ScottHulse.com

# ScottHulse PC | The Value of Commitment®
201 E. Main Dr., 1100 Chase Tower, El Paso, TX 79901
*Offices in El Paso and San Antonio, Texas, and Las Cruces, New Mexico*

**CONFIDENTIALITY NOTICE**

1

EXHIBIT C

The information contained in this ELECTRONIC MAIL transmission is confidential. It also may be protected by and subject to the attorney-client privilege or be privileged work product or proprietary information. This ELECTRONIC MAIL transmission and the information contained in or attached as a file to it are intended for the exclusive use of the addressee(s). If you are not the addressee (or one of the addressees), you are not an intended recipient; if you are not an intended recipient, you hereby are notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information are strictly prohibited.